TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
melinda.brewer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AZIZ MASSOMIPOUR,<br><br>Defendant. | Case No. 2:02-cr-00337-RFB-MDC-2<br><br>**MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANT** |

COMES NOW, the United States of America by and through Melinda Brewer, Assistant United States Attorney, and files its Motion to Dismiss the Superseding Indictment Without Prejudice and Quash Arrest Warrant.

On October 7, 2003, a Superseding Indictment was filed against Defendant Aziz Massomipour. ECF No. 82.  On the same day, an arrest warranted was issued against him. ECF No. 86. This arrest warrant remains outstanding and Massomipour's current wherearebouts are unknown.

The government hereby moves for leave of Court to dismiss the superseding indictment

1

without prejudice and quash the arrest warrant against Defendant Aziz Massomipour.


DATED this 23rd day of January, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General


/s/ *Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AZIZ MASSOMIPOUR,<br><br>Defendant. | Case No. 2:02-cr-00337-RFB-MDC-2<br><br>**MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANT** |

Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges and quashes the arrest warrant brought against Defendant Aziz Massompiour contained in the Superseding Indictment in case number 2:02-cr-00337-RFB-MDC.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

*/s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice and to quash the arrest warrant brought against Defendant Aziz Massomipour contained in the Superseding Indictment in case number 2:02-cr-00337-RFB-MDC.

DATED this 27th day of January 2026

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3